No. 739, Misc.   PEARCE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 746, Misc.   WRIGHT v. NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.   *Wade H. Penny, Jr.,* for petitioner.   *Robert Morgan,* Attorney General of North Carolina, and *Bernard A. Harrell,* Assistant Attorney General, for respondent.

No. 767, Misc.   HASTON v. CALIFORNIA.   Super. Ct. Cal., County of Los Angeles.   Certiorari denied.

No. 798, Misc.   FERRELL v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Thurman L. Dodson* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 817, Misc.   BURGE v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.   *Emmett Colvin, Jr.,* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, and *Sam L. Jones, Jr.,* and *Robert C. Flowers,* Assistant Attorneys General, for respondent.

No. 821, Misc.   BANDY v. UNITED STATES PAROLE BOARD.   C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold* for respondent.

No. 823, Misc.   YOUNG v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.